# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAWOD MOHAMMAD ANSARY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIERRA DANIELLE JONES, DISTRICT
JUDGE,
Respondents,
    and
JERRY HOWELL, WARDEN,
SDCC/TLVCC,
Real Party in Interest.

No. 79392

FILED

SEP 13 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original pro se petition for a writ of mandamus in which petitioner appears to contend that he has been deprived of a hearing on the issue of whether he is entitled to the application of credits to his minimum sentence.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. See NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

Therefore, without deciding on the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, see NRS 34.160; NRAP 21(b); Pan v. Eighth Judicial Dist. Court, 120 Nev. 222, 228,

88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Gibbons

_____, J.          _____, J.
Pickering                                       Hardesty

cc:    Hon. Tierra Danielle Jones, District Judge
       Dawod Mohammad Ansary
       Attorney General/Carson City
       Eighth District Court Clerk